Wayne RESPER, Plaintiff–Appellant,

v.

SIRES, Sgt., N.B.C.I.; Colin Ottey; Autumn Durst; Steven Bray; Dianna Harvey; Greg Flury; Theresa Brenneman, Defendants–Appellees,

and

**N.B.C.I. Medical Department; Dana Pratt, Defendants.**

No. 13–7302.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 30, 2014.

Decided: Feb. 6, 2014.

Wayne Resper, Appellant pro se. Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland; Patricia H. Beall, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., Towson, Maryland, for Appellees.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Resper appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Resper v. Sires,* No. 8:12–cv–00719–PJM, 2013 WL 3732825 (D.Md. July 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*